AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
Maximum imprisonment of twenty years, three years supervised release, $250,000 fine, and $100 special assessment.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*ORIGINAL FILED DEC 20 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

**DEFENDANT - U.S.**
▶ DAVID GARCIA-GONZALEZ

**DISTRICT COURT NUMBER**
CR07-0809    MJJ

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

IMMIGRATION & CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  JAMES C. MANN, AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

CR07-0809 MJJ

UNITED STATES OF AMERICA,

V.

DAVID GARCIA-GONZALEZ,

E-filing

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in United States

---

A true bill.

_____
Foreman

Filed in open court this 20th day of December, 2007

_____
Clerk

Bail $ No bail arrest warrant.
12/20/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

FILED
DEC 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MJJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 07-0809 |
| Plaintiff, ) | |
| ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States |
| ) | |
| DAVID GARCIA-GONZALEZ, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

    1.    Prior to January 16, 2001, defendant DAVID GARCIA-GONZALEZ was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

    2.    On or about January 6, 1996, and on or about January 16, 2001, defendant DAVID GARCIA-GONZALEZ was removed, excluded, and deported from the United States.

    3.    After January 16, 2001, defendant DAVID GARCIA-GONZALEZ knowingly and voluntarily reentered and remained in the United States.

    4.    On or about December 13, 2007, in the Northern District of California, the

INDICTMENT

defendant

DAVID GARCIA-GONZALEZ,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:      December 20, 2007          A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA J.C. MANN

INDICTMENT                                    2