UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **January 24, 2008** [**2**:14 - 2:15 pm] | Court Reporter: **Margo Gurule** |

Case No:   **CR07-00809-1 MJJ**

DEFENDANT:   **GARCIA-GONZALEZ**   (**x**) Present   () Not Present   (**x**) In Custody

AUSA:   **James Mann**      DEF ATTY:   **John Paul Reichmuth (Special Appearing)**

Interpreter:   **Melinda Basker**   Probation Officer:

TYPE FOR HEARING:   **Status**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- 

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:   **February 15, 2008 at 2:30 pm (Oak #4)**   for   **Status/Trial Setting**

BASIS TO EXCLUDE TIME GRANTED FOR:   **Effective preparation**   Thru   **2/15/2008**

JUDGMENT:

Notes: