UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

Date: **February 15, 2008  [2:59 - 3:01 pm]**          Court Reporter: **Diane Skillman**

Case No:     **CR07-00809 MJJ**

DEFENDANT:     **DAVID GARCIA-GONZALEZ**     (**x**) Present     () Not Present     (**x**) In Custody

AUSA:     **James Mann**          DEF ATTY:     **Jerome Matthews**

Interpreter:     **Ines Swaney**          Probation Officer:

TYPE FOR HEARING:     **Status**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
- 

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:     **March 14, 2008 at 2:30 p.m.  (Oak #2)**     for     **Status**

BASIS TO EXCLUDE TIME GRANTED FOR:     **Effective preparation**     Thru     **3/14/2008**

JUDGMENT:

Notes: