1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:   (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR-07-0809 DLJ
                                      )
14       Plaintiff,                   )   STIPULATED REQUEST TO SET
                                      )   STATUS HEARING DATE ON MARCH
15  v.                                )   14, 2008 AND TO EXCLUDE TIME
                                      )   UNDER THE SPEEDY TRIAL ACT
16  DAVID GARCIA-GONZALEZ,            )
                                      )   Date:   March 14, 2008
17       Defendant.                   )   Time:   9:00 a.m.
                                      )   Court:  Hon. D. Lowell Jensen
18  _____    )

19       The above-captioned matter was set on March 14, 2008 before the Honorable Martin J.

20  Jenkins for a status appearance.  On February 19, 2008, the Court issued an order reassigning the

21  matter to the Honorable D. Lowell Jensen.  The parties request that this Court set a status hearing

22  in this matter on March 14, 2008 at 9:00 a.m. and that the Court continue to exclude time under

23  the Speedy Trial Act between the date of this stipulation and March 14, 2008.

24       On February 15, 2008, the Honorable Martin J. Jenkins excluded time, pursuant to the

25  Speedy Trial Act, between February 15, 2008 and March 14, 2008 to allow for the effective

26  preparation of counsel, as defense counsel requested certain discovery from the government and

27  needs time to review that discovery.  The parties hereby stipulate and request that the Court

28  continue to exclude time between the date of this stipulation and March 14, 2008 under the

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ

1  Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
2  The parties agree the ends of justice served by granting the request outweigh the best interests of
3  the public and the defendant in a speedy trial.  Undersigned defense counsel represents that he
4  has spoken with his client, Mr. Garcia-Gonzalez, and that Mr. Garcia-Gonzalez agrees to this
5  request.

7  DATED: February 21, 2008

10    /s/  
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

  /s/  
JEROME MATTHEWS
Counsel for David Garcia-Gonzalez

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID GARCIA-GONZALEZ,<br><br>    Defendant. | No. CR-07-0809 DLJ<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET STATUS HEARING DATE ON MARCH 14, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   March 14, 2008<br>Time:  9:00 a.m.<br>Court:  Hon. D. Lowell Jensen |

The parties jointly requested that a status hearing in this matter be set on March 14, 2008, and that time continue to be excluded under the Speedy Trial Act between February 21, 2008 and March 14, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for March 14, 2008 at 9:00 a.m., and that time between February 21, 2008 and March 14, 2008 is excluded

////

////

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ

1  under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
2  the exercise of due diligence.
3
4  DATED:_____                    _____
                                              HON. D. LOWELL JENSEN
5                                             United States District Judge

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ