UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID GARCIA-GONZALEZ,<br><br>    Defendant. | No. CR-07-0809 DLJ<br><br>**ORDER** GRANTING STIPULATED REQUEST TO SET STATUS HEARING DATE ON MARCH 14, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   March 14, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. D. Lowell Jensen |

The parties jointly requested that a status hearing in this matter be set on March 14, 2008, and that time continue to be excluded under the Speedy Trial Act between February 21, 2008 and March 14, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is set for March 14, 2008 at 9:00 a.m., and that time between February 21, 2008 and March 14, 2008 is excluded

////

////

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ

1 under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
2 the exercise of due diligence.

DATED:    February 22, 2008

_____
HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO SET STATUS HEARING ON MARCH 14, 2008 AND TO EXCLUDE TIME
No. CR-07-0809 DLJ