UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: 3/14/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:** United States

**v.**                                                                 **No.** CR-07-00809-DLJ

**Defendant:** David Garcia-Gonzalez [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** Haydee Claus- spanish interpreter

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

STATUS                             -HELD

**Notes:**

**Case Continued to** 4/11/08 AT 9:00AM   for STATUS

**Case Continued to:**     for
**Case Continued to:**     for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**               for Pretrial Conference

**Case Continued to**     for          Trial

**Excludable Delay: Category: Begins:** 3/14/08     **Ends:** 4/11/08