**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  4/11/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                              **No.** CR-07-00809-DLJ

**Defendant:** David Garcia-Gonzalez [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**  <u>Angela Zawadzki- spanish interpreter</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                             -HELD

**Notes:**

**Case Continued to**    4/18/08 AT 9:00AM     for  Status or CHANGE OF PLEA

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                          for Pretrial Conference

**Case Continued to**          for            Trial

**Excludable Delay: Category: Begins:**          **Ends:**