9AM
I/C
E-FILING CASE
INT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

9:57 AM – 10:08 AM

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/18/08

Case No: CR – 07-00809-DLJ                Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO              Clerk: Frances Stone

Defendant(s):                                                    Defense Counsel:

DAVID GARCIA-GONZALEZ   Present? Y   In Custody? Y   JEROME MATTHEWS

US Attorney: JAMES MANN     Interpreter: SPANISH  CAROLE GLASSER     US Probation Officer:

Reason for Hearing:
~~STATUS OR~~ CHANGE OF PLEA

Ruling: – HELD
GUILTY PLEA TO COUNT 1 OF INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED

Notes: (OPEN PLEA – APPLICATION ONLY)

Case continued to: 7/25/08 AT 10AM for SENTENCING

CC: PROBATION