E-Filing Case

FILED
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number           CR-07-00809-01-DLJ
Defendant's Name      DAVID GARCIA-GONZALEZ
Defendant's Counsel   Jerome Matthews
Due Date              7/25/08 AT 10AM
                      1  Courtroom              Floor  4th

## NOTICE TO DEFENSE COUNSEL

**The Court has directed that a:**

- XX  Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

✓ cc to Counsel
✓ cc to Probation

RICHARD W. WIEKING, CLERK

by: _____
    Frances Stone, Deputy Clerk

Dated: 4/18/08

## US PROBATION OFFICE

Is defendant in custody?  Yes or No
Is defendant English speaking?  Yes or No  [Interpreter:_____]
Defendant's address: _____