1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DAVID GARCIA GONZALEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. CR 07 00809 DLJ
                                    )
12 |            Plaintiff,          )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING SENTENCING
13 | vs.                            )   HEARING
                                    )
14 | DAVID GARCIA GONZALEZ,         )
                                    )
15 |            Defendant.          )
   |_____)
16

17     This matter presently is set for sentencing on July 25, 2008. Defense counsel overlooked

18 that he previously was scheduled to be out of town on vacation on that date. The probation

19 officer has been by notified by phone message of this request for a continuance.

20     IT IS THEREFORE STIPULATED AND AGREED that sentencing in this matter be

21 continued to August 8, 2008, at 10:00 a.m.

22 //

23 //

24 //

25

26

STIP/ORD                                    1

1  
2  //

3  Dated: July 8, 2008

/S/
_____
JAMES C. MANN
4  Assistant United States Attorney

5  
/S/
_____
6  Date: July 8, 2008

JEROME E. MATTHEWS
7  Assistant Federal Public Defender

8

9    Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this

10 matter be continued to August 8, 2008 at 10:00 a.m.

11

12 Dated: July ___, 2008                              _____
D. LOWELL JENSEN
13                                                    United States District Judge

14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26

STIP/ORD                                2