1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant DAVID GARCIA GONZALEZ
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) | No. CR 07 00809 DLJ
                                     )
12 |         Plaintiff,               ) | STIPULATION AND ORDER
                                     ) | CONTINUING SENTENCING HEARING
13 | vs.                              )
                                     )
14 | DAVID GARCIA GONZALEZ,           )
                                     )
15 |         Defendant.               )
   |_____)
16

17      This matter presently is set for sentencing on July 25, 2008. Defense counsel overlooked

18 that he previously was scheduled to be out of town on vacation on that date. The probation

19 officer has been by notified by phone message of this request for a continuance.

20      IT IS THEREFORE STIPULATED AND AGREED that sentencing in this matter be

21 continued to August 8, 2008, at 10:00 a.m.

22

23

24

25

26

STIP/ORD                           1

Dated: July 8, 2008 _____/s/_____
JAMES C. MANN
Assistant United States Attorney

Date: July 8, 2008 _____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this matter be continued to August 8, 2008 at 10:00 a.m.

Dated: July 9, 2008 _____
D. LOWELL JENSEN
United States District Judge

STIP/ORD 2