# Exhibit A

**U.S. v. David Garcia Gonzalez**
**CR 07 00809 DLJ**

April 29, 2008

To Whom It May Concern:

I Claudia Garcia present myself before the judge, I am the wife of David Garcia Gonzalez. I declare that David and I have known each other since we were young children in Mexico. Through the years David and I began to date in the 1990's. After dating for a while we decided to get married. In 1997 we finally married and we have now been together for more than 11 years. We have three daughters, the oldest Maria G Garcia is ten years old, Fatima Garcia is five years old, and Elizabeth Garcia is two.

David Garcia Gonzalez has been a wonderful and caring father, and a terrific husband. David is true family man, responsible and a hard worker. Maybe you think because I am David's wife that is why I am saying these things about him. However, if David was not the things I said, if he was violent or treated my children harshly I would not be writing this letter. I am begging you to please be just with David Garcia Gonzalez.

I know David Garcia Gonzalez has made mistakes but name one person who is without mistakes. Even though what David has done is wrong his intentions were good. David was trying to help his family, and give our family a future. Please is there anything we can do to help David. I can not make it here in the United States without David. He is our provider and my rock. If David were to have to go back to Mexico I do not know what would happen to our family. And I could never return to Mexico and take my daughters. Mexico is not the same country anymore, you have no idea how it is for a woman. I could never put my daughters through that. Please we will do anything to keep David here in the US. When you make your decision you are not just changing David's life you are also changing mine, and three innocent children. I beg you to please find any other solution. Thank you for your time.

Sincerely,

Claudia Garcia

*Claudia Garcia*

April 29, 2008

My name is Isabel Gonzalez Del Rio I am writing on behalf of Alfonso Garcia Torres (David's father), Laura Soledad Gonzalez Garcia (David's sister), Martha Garcia (sister), Mario Garcia (brother), Alfonso Garcia (brother), Cleotilde Garcia (brother), and myself. We are all very concerned of what may happen to David Garcia and his family. David Garcia has no family in Mexico, we are all living here in the US. There must be something we can do to help David. I understand that what he did was wrong and he fully regrets what he has done. David had good intentions even though what he has done is wrong. However, please do not ruin an entire family for one mistake. There are no jobs available at this time and Claudia Garcia (David's wife) will not be able to support all three of those girls without David. We can try to help as much as possible but there is no way she will be able to raise those children and work at the same time. On behalf of our entire family we are willing to do whatever we can to help David stay in the United States. Please just say what it is we can do to help and we will do it. I also do not want my son to have to go back to Mexico. Mexico has changed a lot, it is not all wonderful as you may think. It has become a very hard place to live. There is mugging, raping and killings, however it has increased to an extreme amount. The police and the government are all corrupt. I am sure it is hard to believe but Mexico has become a nightmare and I fear for the life of my son David. Not to mention I do not know how his daughters Maria, Fatima, and Elizabeth will take there father leaving. All three girls are very close to David. He is the perfect father, and those girls will suffer without him. Please if there is anything any of us can do please I beg you just say the word. We will do whatever we can for David Garcia and his family. Thank you I hope to hear from you.

Sincerely,

Isabel Gonzalez Del Rio and family

Laura s mata Garcia

maria I garcia

Cleotilde. GARCiA. Gonzalez

Alfonso Garcia JR.

MARIO GARSiA

Martha Garcia

To The Judge                              ULL 281

My name is Maria Guadalupe Garcia
I am in the third grade at Parkside Elementra
School Pittsburg, CA I'm writing to you hoping.
You will let my Dad come home I really miss and
need him. We are in a country that has helped
me with my eye sight problems. I have gone to
many Doctors because I cant see very well
know that I'm just a little girl and I don't
understand why my Dad can't be with me. My dad
worked really hard to take care of our family. He
is a good and caring man. My little sisters need
to see him also. My family is broken now and I
im begging you to please let my dad come
home to us. It feels like I haven' seen him
for years. Although I now its been since
December I can t imagine how long it seem
for my sisters. My family and I beg that you
consider any decision you may make.
My dad is
David Garcia G.                    Maria Guadalupe Garcia

April 24, 2008

ISABELL GONZALEZ DEL RIO

This letter is in regards to David Garcia Gonzalez. David is a wonderful father and husband. He is a man of all men. He is thoughtful, caring, loving, and a hard worker. He does everything within his capabilities for his family. He not only tries to better himself he tries to better his family. David Garcia is a self made man he has worked hard for everything he has. Sometimes in life we make mistakes but our mistakes should not destroy everything we worked so hard to build. David has not had any problems with the law or any problems with people. He is an easy going man who takes care of himself. I have known David for a long time, he is a great man. Please show some compassion for David and his family. If there is anything I can do to help, or any questions you may have I will be more than happy to do anything for David Garcia Gonzalez. Thank you for your time.

Sincerely,

Isabell Gonzalez Del Rio

April 29, 2008

To whom it may concern:

My name is Fernando Garcia and I am here in reference for David Garcia Gonzalez. I've known David for more than 15 years now, since we both lived in Mexico. He has been a great friend I can rely and trust, not only that but he is a great father. He has been a good oriented full of goals guy that deserves other opportunities and chances in life. If I was to pick somebody in life that has been with me in the good and bad times I would have to say David would be my number one candidate. David has been trough a lot he has a great family that adores him and needs him so I hope u take consideration when viewing his profile and if u have any questions you can contact me and I can give you any information further on. My phone number is (925) 381-1813. Thank you for your time and patience.

Sincerely,

Fernando Garcia

*Fernando Garcia*

To whom it may concern

I , Juan Cervantez have been working with David Garcia for many years. He is very dedicated to his work . He is a very hard working man.  He also well like by co workers & friends .

Thank you

*juan Cervantez*
Juan Cervantez

April 25, 2008

AGAPITO GOMEZ

114 MADOLINE ST Apt C

PITTSBURG CA 94565

Ph (925) 752-4231

RE:  DAVID GARCIA GONZALEZ

    102 BRUNO AVE

    PITTSBURG CA 94565

I AM WRITING REGARDING DAVID GARCIA GONZALEZ, DAVID AND I HAVE

BEEN FRIENDS FOR A VERY LONG TIME. WE MET IN OUR HOMETOWN OF

MICHOACAN MEXICO. OUR FAMILIES ALL KNOW EACH OTHER AND WE

HAVE ALWAYS HAD A CLOSE RELATIONSHIP WITH EACH OTHERS

FAMILIES. ANYTIME THERE WAS A WEDDING OR A BIRTHDAY WE WOULD

ALWAYS HAVE EACH OTHERS FAMILIES OVER. DAVID HAS BEEN A GOOD

FRIEND AND I COULD NO IMAGINE HAVING EVER MET A NICER GUY.

DAVID IS THE TYPE OF FRIEND THAT YOU KNOW YOU CAN ALWAYS

COUNT ON. IF YOUR CAR BREAKS DOWN OR YOU NEED ANY HELP, YOU

KNOW YOU CAN ALWAYS COUNT ON DAVID FOR HELP. I HAVE NEVER

KNOWN DAVID TO GET INTO ANY TYPE OF SERIOUS TROUBLE. HE HAS

ALWAYS BEEN A REAL STAND UP GUY. IF THERE IS ANY QUESTIONS OR

INFORMATION YOU NEED PLEASE FEEL FREE TO CONTACT ME AT THE

ABOVE ADDRESS. THANK YOU FOR YOUR TIME.

SINCERELY,

AGAPITO GOMEZ

April 25, 2008

My name is Yolanda Duenas, I am writing this letter in regards to David
Garcia Gonzalez. I have known David for many years he is a great person,
and an even greater father and caring husband. He is a hard worker and a
wonderful provider. David has always been very responsible, he has never
been in trouble and he always walks a straight line. There are not many men
that are as respectable as David. He has proven to be a good a man. David
has always put his family first and he will to everything he can to help his
family. David works hard to provide for his family and after a hard days work
he comes home and helps take care of his children, and help his wife. I hope
I have been able to help you see what type of man David Garcia Gonzalez is.
Please do not judge him on just one incident judge him on his entire lifetime,
his passion for his family and his dedicated to his friends. Thank you for your
time.

Sincerely,

Yolanda Duenas    *Yolanda Duenas*

Laura Mata

April 24, 2008

David Garcia Gonzalez

102 Bruno Ave

Pittsburg CA 94565

I am writing regarding David Garcia Gonzalez, David's family and I have known each other for several years. We are good friends and long time acquaintances. David is a hard worker and a wonderful family man. He takes care of his children and his wife. He knows that the most important thing in this world is his family and he would never do anything to harm anyone in his family. David has never been in trouble before so this all comes as a shock to us all. David has always placed his family first. He is the rock in his family and his family needs him just as much as he needs them. David Garcia Gonzalez is a wonderful man and he has a lot of love and support from all his friends and family. If there is anything I can do to help I will be more than happy to oblige. Thank you

Sincerely,

Laura Mata

*Laura S mata*

Maria Corina Rodriguez

38 Bruno Ave

Pittsburg CA 94565

Re: David Garcia Gonzalez

April 25, 2008

I have known David Garcia for several years, we met when he moved in just down the street from me. David has been a thoughtful neighbor. He is a nice and respectable man. There have been incidents where I needed help or my son and David has always been someone we could rely on if we needed help. Our neighborhood is pretty quite and everyone gets along well, but David goes above that and tries to help his neighbors. You don't see men like David anymore, nice, respectful, courteous, and caring. David has all these traits and much more. If I can do anything to help David please contact me at the above address. I will be more than happy to show my support for David.

Sincerely,

*Maria Corina Rodriguez*
Maria Corina Rodriguez

My name is Bertha Chavez ever since I've known
David Garcia he has been a wonderful husband and
father to both his wife and children. He treats his
family with respect and love. He helps out his kids
with there homework. He also is a good friend and
always helps out when the help is needed.
I can be reached at this number
(925)755-8373
Bertha Chavez  *Bertha Chavez*

To whom it may concern

David Garcia is a very hard working man . He is very dedicated to his family and friends. He also well like by co workers friends . I Jose Gonzalez have witness all for his ability for caring for is family .

Thank you

Jose Gonzalez

*Jose Gonzalez*

Tel. (925) 458 - 62 - 51

To whom it may concern:

My name is Norma Cardenas and I've known David Garica since the year of 1995. He is a very respectful person with me and with others he knows. He takes good care of his family when it comes to education and with moral values. Since I've known him he is a good husband and treats his wife with respect and shows his love. He is responsible, hard working, and honest. He attends church every Sunday. David also helps others when they need it. He also takes care of his family and parents. He is social with every body.

If you have any concern please call me at.

Home (925) 755 8373

Cell (925) 628-9872

Norma P. Cardenas

*Norma P. Cardenas*

To whom it may concern:
My name is Jose Cardenas and I Known David Garcia. He is a very
nice man. He is my brother in law, he never changed the way he
treats me. He helps my niece with her homework, he is a hard
worker, He takes care his family and friends with respect and love.
Cell (925)628-3418
Jose Cardenas

*JOSE CARDENAS*

To Whom It May Concern:

I SAMUEL CHAVEZ KNOWN DAVID GARCIA AS A FATHER, SON AND
HUSBAND AND HE GIVES ALL TIME CARE OF HIS FAMILY.

PLEASE HELP THIS FAMILY

THANK YOU .

Cell: (209)502-0789

SAMUEL CHAVEZ

JOSE SANDOVAL JR
101 BRUNO AVE
PITTSBURG CA 94565

APRIL 22,2008

I JOSE SANDOVAL RESIDING AT 101 BRUNO AVE PITTSBURG CALIFORNIA 94565.I HAVE
BEEN A LONG TIME RESIDENT OF PITTSBURG CALIFORNIA. I HAVE KNOWN DAVID
GARCIA GONZALEZ SINCE 1991. HE HAS BEEN A GOOD FRIEND AND NEIGHBOR. WE HAVE
BEEN NEIGHBORS SINCE 2001 WHEN HE AND HIS PARENTS FIRST MOVED TO BRUNO AVE.
THEIR HOME IS JUST ACROSS THE STREET FROM WHERE I LIVE. WHEN I GO ON VACATION
TO MEXICO I CAN ALWAYS COUNT ON DAVID TO CARE FOR MY HOME. WHEN I USED TO
GO ON VACATIONS I WOULD ALWAYS WORRY ABOUT MY HOME HOWEVER SINCE
KNOWING DAVID MY MIND CAN ALWAYS REST EASY. DAVID ALSO HELPS ME ON THE
WEEKDAYS WHEN I AM AT WORK HE CUTS MY LAWN AND HELPS ME WITH MY YARD,
ALL FREE OF CHARGE. HE JUST TAKES TIME OUT OF HIS DAY TO HELP OTHERS. I HAVE
NEVER KNOW OF HIM BEING IN ANY PROBLEM WITH THE LAW, OR CAUSING ANY
TROUBLE WITH ANYONE. HE IS A CARING AND OPEN MAN WHO TRIES TO HELP MAKE
OTHERS FEEL WELCOME AND HE IS A GOOD FRIEND. THERE ARE VERY FEW PEOPLE YOU
CAN TRUST AND FEEL COMFORTABLE WITH BUT DAVID IS A REAL STAND UP GUY. HE
HAS NEVER LET ME OR MY FAMILY DOWN.IF YOU NEED ANY OTHER INFORMATION OR I
CAN TESTIFY IN PERSON OR BY PHONE IF NECESSARY. YOU CAN CALL ME AT 925-432-8257
OR 925-783-8319.

THANK YOU,
*Jose Sandoval Jr*
JOSE SANDOVAL JR

April 23, 2008

Francisco J Castellon Medina
2651 Contracosta Blvd #6
Pleasant Hill, Ca 94523
(925) 435-2374

To Whom It May Concern:

I, Francisco J. Castellon Medina, declare under penalty of perjury that I have known David Garcia Gonzalez for more than 7 years, and during this time that I have known him he has been a very considerate person, very good friend, and an excellent father. Since the first time that I met him, I saw that his priority in life was to look up and take care of his family. Now, that he is not with his family they miss him, because he was the only support for his family, it will be better for him and family if he was sent back to his house so he can take care of his wife and his children.

If you have any more questions please feel free to contact me at the number mentioned above.

Sincerely,

*Francisco C medina*
Francisco J Castellon Medina

State of California
County of Santa Clara

On 4/23/2008 before me, Nicolas Munoz, Notary Public, personally appeared Mr(s). **Francisco J. Castellon Medina** ,proved to me with satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

_____
NOTARY SIGNATURE                              *NOTARY SEAL*



*ST. PETER MARTYR OF VERONA PARISH*
*740 Black Diamond Street*
*Pittsburg, California, 94565*
(925) 432-4771
(925) 432-3389 FAX

March 17, 2008

To Whom It May Concern:

We have been approached by the family of David García González, for a letter of verification of his registration in our parish, St. Peter Martyr of Verona, Pittsburg, CA. Mr. Garcia González has been a member of our parish since 1990. I have been at this parish since mid-1997 and have known him periodically during this time. If I can be on any further assistance, please feel free to contact us at the above number.

Sincerely,

Rev. Ricardo A. Chávez
(Pastor)

ULL 281

To whom it may concern

I ,Gustavo Garcia have know David Garcia for more than 10 years .
He has been a very hard working man .  For the  time I have know him .
His never been in any kind of trouble.  Always been  there for is family &
friends. He has be well-spoken by  friends & acquaintances.

Thank-you

If any questions please feel free and call me at 925-642-6714


Gustavo Garcia

*Gustavo Garcia*


ULL 281.

To whom it may concern

David Garcia has been a very hard  working man . He is very
dedicated to his family and friends.
He also well like by co workers , friends and family . I Salvador
Gonzalez has witness all  appreciation  for his work and his life
with is family.

Thank you

Salvador Gonzalez

*Salvador Gonzalez*

*Tel. (925) 432-93.37.*

*ULL 281*

These are some more people that know
David Garcia Gonzalez.

( Juan Cervantes )
( Cell. ( 925) 382-90-32. )

( Jose Cardenas )
( (925) 628-34-18 )

/ Alfredo Santana )
( Cell. (925) 219-27-37. )

( Norma P. Cardenas )
( (925) 628-98-72. )

( Jose Sandoval )
( (925) 783-83-19. )

( Bertha Flores )
( (925) 755-83-73. )

/ Laura Mata )
( (925) 435 93 53 )

( Samuel Chavez )
( 2109 502 07 89. )

ULL 281.