10Am

YC

INT. E-FILING USE

10³²Am - 11⁰⁸Am

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

AUG 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: **8/8/08**

Case No: CR **-07-00809-DLJ**

Reporter: **RAYNEE MERCADO**

Judge: D. Lowell

Clerk: Frances Stone

Defendant (s):     **DAVID GARCIA-GONZALEZ**

Defense Counsel:

| | Present? | In Custody? | |
|---|---|---|---|
| DAVID GARCIA-GONZALEZ | Y | Y | JEROME MATTHEWS |
| | Present? | In Custody? | |
| | Present? | In Custody? | |
| | Present? | In Custody? | |
| | Present? | In Custody? | |
| | Present? | In Custody? | |
| | Present? | In Custody? | |

US Attorney: **JAMES MANN**

Interpreter: **SPANISH    INES SWANEY**

US Probation Officer: **SARA BLACK**

Reason for Hearing:   **SENTENCING**

Ruling:   **- HELD**

**COUNT 1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 57 MONTHS. DEF PLACED ON SUPERVISED RELEASE 3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. DEF HAS THE RIGHT TO APPEAL.**

Notes: _____

Case continued to: _____ for _____

Case continued to: _____ for _____

Case continued to: _____ for _____
    Motions to be filed by _____ ; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay:  Category: ___  Begins: ___  Ends: ___